ANTHONY L. CANNON, No. 162986
DERRICK R. STURM, No. 189083
CANNON & NELMS, P.C., Attorneys at Law
1800 East 17th Street, Suite 101
Santa Ana, California 92705
(714) 543-8312
(714) 543-8182

FILED
08 APR 30 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL DEPUTY

Attorneys for Defendants ROSE PROCTOR, MARK NOEL, ALLIED PROPERTY & CASUALTY INSURANCE and NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

VIA FAX

GERALD KOSEN, an individual; BRENDA KOSEN; and individual,

Plaintiffs,

vs.

KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CASUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY, a business entity; and DOES 1 through 74,

Defendants.

Case No. '08 CV 0793 LAB WMC

DEMAND FOR JURY TRIAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendants ROSE PROCTOR, MARK NOEL, ALLIED PROPERTY & CASUALTY INSURANCE, and NATIONWIDE MUTUAL INSURANCE COMPANY



CR

hereby demand trial by jury in the above-captioned action.

Dated: April 30, 2008

Respectfully submitted,

CANNON & NELMS, P.C.,
Attorneys at Law

Anthony L. Cannon
Derrick R. Sturm
Attorneys for Defendants ROSE PROCTOR, MARK NOEL, ALLIED PROPERTY & CASUALTY INSURANCE and NATIONWIDE MUTUAL INSURANCE COMPANY

**PROOF OF SERVICE BY MAIL**
**(1013a, 2015.5 C.C.P.)**

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am Employed in the county aforesaid; I am over the age of eighteen (18) years and not a party to the within-entitled action; my business address 1800 E. 17th Street, Suite 101, Santa Ana, California 92705.

On April 30, 2008 I served the within

DEMAND FOR JURY TRIAL

on the interested parties herein in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Santa Ana, California, addressed as follows:

Douglas J. Crawford, Esq.
Law Office of Douglas J. Crawford
4368 Niagara Avenue
San Diego, California 92107-2926

Wesley Beavers
Koester and Beavers
1201 Dove Street, Suite 300
Newport Beach, CA 92660-2829
949-250-5545

I certify (or declare), under penalty of perjury under the laws of the State of California, that the above is true and correct and executed this 30th day of April, 2008..

Rickiann Hamilton, Declarant