Law Office of Douglas J. Crawford, SBN 202274
4368 Niagara Ave
San Diego, CA 92107-2926
(619) 876-9177
Attorney for Plaintiff Gerald and Brenda Kosen

FILED
2008 MAY -5 AM 11:57
CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
X Original
___ Copy
BY KNW DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KOSEN, an individual; BRENDA KOSEN; an individual<br>PLAINTIFF (S).<br>v.<br>KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CASUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY a business entity; and DOES 1 through 74,<br>DEFENDANT (S). | CASE NO. 08-CV-793 LAB-WMC<br>**NOTICE OF NON-COMPLIANCE WITH MANDATORY ELECTRONIC FILING; APPLICATION FOR TEMPORARY WAIVER**<br>JURY TRIAL REQUESTED |

TO THE CLERK OF UNITED STATES DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLAINTIFFS GERALD AND BRENDA KOSEN ("Plaintiffs") herein notify that Plaintiff's Attorney Douglas J. Crawford ("Crawford") will not be able to comply with the Court's Case Management/Electronic Filing System ("CM/EMF") at the time of filing the accompanying dismissals without prejudice for the reasons stated below.

Crawford is an attorney license to practice law in the State of California and a member in good standing. Crawford is also licensed to prosecute patents, copyrights and trademarks before the United States Patent and Trademark Office and a member in good standing. Crawford was admitted to practice before the United States District Court, Southern District of California on June 5, 2001.

Crawford's admission before this Court back in June of 2001 was for the sole purpose of defending several small, local automotive repair businesses that were being sued by BMW of North America for allegedly infringing BMW trademarks. The typical lawsuit was for using the BMW's Roundel on advertising signs or, in one case, on the face of a clock in a waiting room, etc. Somewhat viable, yet mostly ridiculous, all cases were are settled before litigation fully commenced to avoid legal fees. Crawford has not appeared in federal Court since.

Crawford filed the above entitled action in the Superior Court of San Diego County on February 21, 2008. The claim arises from two distinct, successive acts: (1) Defendant Kathleen Ruffing ("Def. Ruffing") running a stop sign at La Jolla Hermosa and Forward Street T-boning Plaintiff Gerald Kosen ("Plaintiff G. Kosen"), a typical PI case, and: (2) Defendant Nationwide Insurance ("Def. Nationwide") playing the insurance equivalent of dine-and-dash.

Shortly after the accident, the claims adjustor, Defendant Rose Proctor, informed Plaintiff G. Kosen that Def. Nationwide would not pay him anything for the ribs that were separated from his spine in the accident unless he sued Nationwide. True to their word, Nationwide has not paid anything to Plaintiff G. Kosen for his injuries, including Plaintiff G. Kosen's outstanding medical bills. Defense Counsel's removal to this Court is solely for delay.

///

Filed concurrently with this Notice are the dismissals ***without prejudice*** as to all Defendants except Def. Ruffing. Diversity jurisdiction lies to Def. Ruffing because she is resident of Pennsylvania and the amount in controversy exceeds $75.000.

Therefore, Crawford could have prosecuted the case in this Court, but chose not to because Crawford recognizes the tremendous work load placed on this Court's jurists by drug smuggling and immigration cases. Overall, the only paperwork Crawford anticipates filing in this case is a Motion to Remand back to State Court because of procedural defects in Def. Ruffing's removal.

In sum, Crawford does not regularly or even casually appear in Federal Court[1], nor nor does he have any intention of expanding his practice to include Federal Court. As a result, Crawford would need a reasonable amount of time to get "online" with this Court electronic filing system (buy a scanner, get the appropriate programs, attend the CM/EMF training class, etc.), if his Motion to Remand is not granted. Crawford respectfully requests a waiver of the electronic filing requirements until such time as the Court decides Plaintiff's Motion to Remand.

Date: 05/05/2008

Douglas J. Crawford,
Atty for Gerald & Brenda Kosen

---

[1] The foregoing is not to suggest that Crawford does not like Federal Court, quite the contrary, the Early Settlement Conferences held by U.S. Magistrates are a model of efficiency in dispute resolution and would be certainly welcomed in this case.