Law Office of Douglas J. Crawford, SBN 202274
4368 Niagara Ave
San Diego, CA 92107-2926
(619) 876-9177
Attorney for Plaintiff Gerald and Brenda Kosen

FILED
2008 MAY -5 AM 11:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

X Original
__ Copy

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

GERALD KOSEN, an individual; BRENDA KOSEN; an individual

PLAINTIFF (S).

v.

KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CASUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY a business entity; and DOES 1 through 74,

DEFENDANT (S).

CASE NO. 08-CV-793 LAB·WMC

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WILLIAM G. JURGENSON**

JURY TRIAL REQUESTED

TO THE CLERK OF UNITED STATES DISTRICT COURT:

Defendant William G. Jurgensen has not filed a responsive pleading in the above entitled action. Dismissal as a matter of right may still be made by Plaintiff. You are requested to enter a dismissal without prejudice as to Defendant William G. Jurgensen only.

Date: 05/05/2008 Douglas J. Crawford, Atty for Gerald & Brenda Kosen