Law Office of Douglas J. Crawford, SBN 202274
4368 Niagara Ave
San Diego, CA 92107-2926
(619) 876-9177
Attorney for Plaintiff Gerald and Brenda Kosen

FILED
2008 MAY -5 AM 11:57
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
X Original
Copy
BY KNH DEPUTY

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF CALIFORNIA*

GERALD KOSEN, an individual; BRENDA KOSEN; an individual

PLAINTIFF (S).

v.

KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CASUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY a business entity; and DOES 1 through 74,

DEFENDANT (S).

CASE NO. 08-CV-793 LAB·WMC

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY**

JURY TRIAL REQUESTED

TO THE CLERK OF UNITED STATES DISTRICT COURT:

Defendant Nationwide Mutual Insurance Company has not filed a responsive pleading in the above entitled action. Dismissal as a matter of right may still be made by Plaintiff. You are requested to enter a dismissal without prejudice as to Defendant Nationwide Mutual Insurance Company. ________

Date: 05/05/2008 Douglas J. Crawford, Atty for Gerald & Brenda Kosen