Law Office of Douglas J. Crawford, SBN 202274
4368 Niagara Ave
San Diego, CA 92107-2926
(619) 876-9177
Attorney for Plaintiff Gerald and Brenda Kosen

FILED
2008 MAY -5 AM 11:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KMA DEPUTY

X Original
___ Copy

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD KOSEN, an individual; BRENDA KOSEN; an individual<br><br>PLAINTIFF (S).<br><br>v.<br><br>KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CASUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY a business entity; and DOES 1 through 74,<br><br>DEFENDANT (S). | CASE NO. 08-CV-793 LAB · WMC<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ALLIED PROPERTY & CASUALTY INSURANCE**<br><br>JURY TRIAL REQUESTED |

TO THE CLERK OF UNITED STATES DISTRICT COURT:

Defendant Allied Property & Casualty Insurance has not filed a responsive pleading in the above entitled action. Dismissal as a matter of right may still be made by Plaintiff. You are requested to enter a dismissal without prejudice as to Defendant Allied Property & Casualty Insurance only. ______________

Date 05/05/2008 Douglas J. Crawford, Atty for Gerald & Brenda Kosen



cl