Law Office of Douglas J. Crawford, SBN 202274
4368 Niagara Ave
San Diego, CA 92107-2926
(619) 876-9177
Attorney for Plaintiff Gerald and Brenda Kosen

FILED
2008 MAY -5 AM 11:57
X Original
Copy
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| GERALD KOSEN, an individual; BRENDA KOSEN; an individual<br>PLAINTIFF (S).<br>v.<br>KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CASUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY a business entity; and DOES 1 through 74,<br>DEFENDANT (S). | CASE NO. 08-CV-793 LAB. WMC<br>**NOTICE OF UNAVAILABILITY**<br>JURY TRIAL REQUESTED |

TO THE CLERK OF UNITED STATES DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Attorney for Plaintiffs Gerald Kosen and Brenda Kosen, Douglas J. Crawford will be unavailable for all purposes on May 14 & 15, and July 1 through July 8, 2008

Date: 05/05/2008

Douglas J. Crawford, Atty for Gerald & Brenda Kosen

# PROOF OF SERVICE - CASE NO. 08-CV-793

I, Douglas J. Crawford, declare:

1. On May 5, 2008, I was employed in the County of San Diego. I reside in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is in the County of San Diego, and; I am readily familiar with the collection and delivery practices of the U.S. Mail.
2. On May 5, 2008, I served the following document(s) by first class U.S. Mail:

(1) NOTICE OF NON-COMPLIANCE WITH MANDATORY ELECTRONIC FILING; APPLICATION FOR TEMPORARY WAIVER
(2) REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ALLIED PROPERTY & CASUALTY INSURANCE
(3) REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WILLIAM G. JURGENSON
(4) REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ROSE PROCTOR
(5) REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MARK NOEL
(6) REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NATIONWIDE INSURANCE COMPANY
(7) DEMAND FOR JURY TRIAL
(8) NOTICE OF UNAVAILABILITY

on:

Koester & Beavers
1201 Dove Street, Suite 300
Newport Beach, CA 92660
(Counsel for Def. Kathleen Ruffing)

Cannon & Nelms
1800 East 17th Street, Suite 101
Santa Ana, CA 92705
(Counsel for Def. Rose Proctor, Mark Noel, Allied Property & Casualty Insurance and Nationwide Mutual Insurance Company)

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

05/05/2008

D. Crawford