# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

GERALD KOSEN, an individual; BRENDA KOSEN; an individual,

Plaintiffs,

vs.

KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CASUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY, a business entity; and DOES 1 through 74,

Defendants.

CASE NO. 08cv0793-LAB (WMc)

**ORDER DENYING APPLICATION FOR WAIVER RE MANDATORY ELECTRONIC FILING**

[Dkt No. 2]

Defendants removed this action from state court on April 30, 2008 asserting, among other things, original federal jurisdiction over the matter predicated on the Complaint allegations of 18 U.S.C. § 1964 RICO violations. On May 5, 2005, plaintiffs' counsel voluntarily dismissed without prejudice five of the six named defendants. Dkt Nos. 3-7. Counsel also applied for a "temporary waiver" of the mandatory electronic filing policies and procedures of this court, contending defense counsel removed the case from state court "solely for delay" and on grounds he "anticipates filing" a motion to remand the case back to state court. He asks for the relief "until such time as the Court decides Plaintiff's Motion To Remand." Appl. 3:15-17. Although he has not yet obtained a hearing date for such a

motion, he will be bound by the mandatory electronic filing policies and procedures for any such proceeding, with no guarantee his remand request will be successful. Counsel represents he does not regularly practice in federal court and would require time to get "online" with the court's electronic filing system (including buying a scanner, obtaining appropriate programs, attending CM/ECF training class, and the like). However, his circumstances are not so extraordinary as to warrant granting a waiver from the mandatory rules of practice in this court. Were the court to find good cause on that waiver request showing, the exceptions would soon swallow the rules. Accordingly, the Application is **DENIED**.

**IT IS SO ORDERED**.

DATED: May 6, 2008

Larry A. Burns

HONORABLE LARRY ALAN BURNS
United States District Judge