Law Office of Douglas J. Crawford, SBN 202274
4368 Niagara Ave
San Diego, CA 92107-2926
(619) 876-9177
Attorney for Plaintiff Gerald and Brenda Kosen

***UNITED STATES DISTRICT COURT***

***SOUTHERN DISTRICT OF CALIFORNIA***

| | |
|---|---|
| GERALD KOSEN, an individual; BRENDA KOSEN; an individual<br><br>PLAINTIFF (S).<br><br>v.<br><br>KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CASUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY a business entity; and DOES 1 through 74,<br><br>DEFENDANT (S). | CASE NO. 08-CV-793<br><br>**NOTICE OF MOTION FOR REMAND AND REQUEST FOR COSTS**<br><br>Hearing Date: June 30, 2008<br>Hearing Time: 11:15 am<br>Courtroom 9<br>Honorable Larry A. Burns |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, please take notice that on June 30, 2008, at 940 Front Street, Courtroom 9, at 11:15 am, or as soon as thereafter as the matter made be heard, Plaintiff Gerald Kosen and Brenda Kosen will move for an order to remand the case back to Superior Court of California, County of San Diego because the removal was untimely and suffers from numerous procedural defects.

The motion will be based on this notice, the accompanying motion, memorandum of points and authorities, and all papers filed in this case to date.

///

Respectfully submitted,

_s/Douglas J. Crawford_____________

Douglas J. Crawford,
Attorney for Plaintiffs Gerald Kosen and Brenda Kosen
E-mail: dcrawfordlaw@cox.net