# CERTIFICATE OF SERVICE - CASE NO. 08-CV-793

I, Douglas J. Crawford, declare:

1. On May 12, 2008, I was employed in the County of San Diego. I reside in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is in the County of San Diego, and; I am readily familiar with the collection and delivery practices of the U.S. Mail.
2. On May 12, 2008, I served the following document(s) by first class U.S. Mail and electronically (only via Court on registers users):

(1) NOTICE OF MOTION TO REMAND AND REQUEST FOR COSTS
(2) MOTION TO REMAND AND REQUEST FOR COSTS
(3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND AND REQUEST FOR COSTS

on (by mail):

Koester & Beavers
1201 Dove Street, Suite 300
Newport Beach, CA 92660
(Counsel for Def. Kathleen Ruffing)

Cannon & Nelms
1800 East 17th Street, Suite 101
Santa Ana, CA 92705
(Counsel for Def. Rose Proctor, Mark Noel, Allied Property & Casualty Insurance and Nationwide Mutual Insurance Company)

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

___05/12/08____ ___s/Douglas J. Crawford______________________

Attorney for Gerald & Brenda Kosen
E-mail: dcrawfordlaw@cox.net