Law Office of Douglas J. Crawford, SBN 202274
4368 Niagara Ave
San Diego, CA 92107-2926
(619) 876-9177
Attorney for Plaintiff Gerald and Brenda Kosen

## *SUPERIOR COURT OF CALIFORNIA*
## *COUNTY OF SAN DIEGO, CENTRAL DIVISION*

| | |
|---|---|
| GERALD KOSEN, an individual; BRENDA KOSEN; an individual<br><br>PLAINTIFF (S).<br><br>v.<br><br>KATHLEEN RUFFING, an individual; ROSE PROCTOR, an individual; WILLIAM G. JURGENSON, an individual; MARK NOEL, an individual; ALLIED PROPERTY & CAUSUALTY INSURANCE, a business entity; NATIONWIDE MUTUAL INSURANCE COMPANY a business entity; and DOES 1 through 74,<br><br>DEFENDANT (S). | CASE NO. 2008-078491-CU-PA-CTL<br><br>**PROOF OF SERVICE ON DEFENDANT KATHLEEN RUFFING PURSUANT TO CAL. CODE OF CIV. PROC. § 415.40**<br><br>JURY TRIAL REQUESTED |

I, Anthony F. Kraus, declare:

1. On April 24, 2008, I was employed in the County of San Diego. I reside in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is in the County of San Diego, and; I am readily familiar with the collection

and delivery practices of the U.S. Mail.

2. On April 24, 2008, pursuant to Cal. Code of Civil Procedure Section 415.40, I served the following document(s) by U.S. Postal Service certified mail, return receipt requested, tracking number 7008 0150 0002 5047 5059:

(1) SUMMONS
(2) FIRST AMENDED COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF
(3) CIVIL CASE COVER SHEET
(4) NOTICE OF CASE ASSIGNMENT
(5) STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS
(6) NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE
(7) NOTICE AND ACKNOWLEDGMENT OF RECEIPT

on:

Kathleen Ruffing
3250 Eastmont Ave.
Pittsburgh, PA 15216

A true and correct photocopy of the U.S. Postal Service Certified Mail Receipt and sales receipt are attached herein and marked as Exhibit A. The original receipts are held by Plaintiff's attorney.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

4/24/08

```
OCEAN BEACH STATION
SAN DIEGO, California
921079998
0567760107 0098
04/24/2008      (800)275-8777      01:50:37 PM

Sales Receipt
Product              Sale   Unit        Final
Description          Qty    Price       Price

PITTSBURGH PA 15216                     $2.16
Zone-8 First-Class
Large Env
 8.50 oz.
 Return Rcpt (Green Card)               $2.15
 Certified                              $2.65
 Label #:          70080150000250475059
                                     ========
 Issue PVI:                             $6.96

COLUMBUS OH 43215                       $2.33
Zone-8 First-Class
Large Env
 9.80 oz.
 Return Rcpt (Green Card)               $2.15
 Certified                              $2.65
 Label #:          70080150000250475066
                                     ========
 Issue PVI:                             $7.13

                                     ========
Total:                                 $14.09

Paid by:
Cash                                   $20.09
Change Due:                            -$6.00

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000203167167
Clerk: 01

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
*******************************************
*******************************************
PICK UP A FREE
RECYCLING ENVELOPE
Take an envelope to recycle your inkjet
cartridge, cell phone or small electronics
free of charge!
*******************************************
*******************************************

*******************************************
*******************************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*******************************************
*******************************************

Customer Copy
```

7008 0150 0002 5047 5059

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

PITTSBURGH PA 15216

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.16 | 0107 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.96 | 04/24/2008 |

SAN DIEGO, CA 92107 OCEAN BEACH STA USPS APR 24 2008

Sent To: KATHLEEN RUFFING
Street, Apt. No.; or PO Box No.: 3250 EASTMONT AVE
City, State, ZIP+4: PITTSBURGH, PA 15216

PS Form 3800, August 2006 — See Reverse for Instructions

# EXHIBIT A

(Photocopies of Certified Mail Receipt and Sales Receipt)