R. WESLEY BEAVERS, ESQ. Bar No. 92502
LAW OFFICES OF GOATES & BEAVERS
1201 DOVE STREET, STE 300
NEWPORT BEACH, CALIFORNIA 92660-2829
(949) 553-1359
FAX (949) 250-5555

Attorney for Defendant,
KATHLEEN RUFFING

____Original
____Copy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KOSEN, BRENDA KOSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHLEEN RUFFING; ROSE PROCTOR; NATIONWIDE INSURANCE; WILLIAM G. JURGENSON, ALLIED INSURANCE and DOES 1 TO 75,<br><br>Defendants. | Case No.: 08cv0793-LAB (WMc)<br><br>**OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND AND REQUEST FOR COSTS**<br><br>**Hearing Date: June 30, 2008**<br>**Hearing Time: 11:15 a.m.**<br>**Courtroom: 9**<br>**HONORABLE LARRY A. BURNS** |

This Opposition to the Plaintiff's Motion to Remand is based upon grounds that Federal Court jurisdiction with the United States District Court has both diversity and subject matter jurisdiction (the claim exceeds $75,000).

///

///

///

///

The Opposition to the Plaintiff's Motion to Remand is based upon the Memorandum of Points and Authorities, the Declaration of R. Wesley Beavers, all papers filed in this lawsuit to date and upon such oral argument as may be presented at the hearing of the motion and opposition.

DATED: June 9, 2008 LAW OFFICES OF GOATES & BEAVERS

By: s/R. Wesley Beavers
R. WESLEY BEAVERS
Attorneys for Defendant,
KATHLEEN RUFFING
E-mail: beaverr@nationwide.com