R. WESLEY BEAVERS, ESQ. Bar No. 92502
LAW OFFICES OF GOATES & BEAVERS
1201 DOVE STREET, STE 300
NEWPORT BEACH, CALIFORNIA 92660-2829
(949) 553-1359
FAX (949) 250-5555

Attorney for Defendant,
KATHLEEN RUFFING

____Original
____Copy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KOSEN, BRENDA KOSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHLEEN RUFFING; ROSE PROCTOR; NATIONWIDE INSURANCE; WILLIAM G. JURGENSON, ALLIED INSURANCE and DOES 1 TO 75,<br><br>Defendants. | Case No.: 08cv0793-LAB (WMc)<br><br>**DECLARATION OF R. WESLEY BEAVERS IN SUPPORT OF DEFNDANT KATHLEEN RUFFING'S OPPOSITION TO MOTION TO REMAND**<br><br>**Hearing Date: June 30, 2008**<br>**Hearing Time: 11:15 a.m.**<br>**Courtroom: 9**<br>**HONORABLE LARRY A. BURNS** |

I, R. WESLEY BEAVERS hereby declare as follows:

1. I am a licensed attorney in the State of California and I am admitted to practice before the United States District Court-Southern District.

2. I am the attorney of record for Defendant KATHLEEN RUFFING and if sworn as a witness I could and would competently testify to the following facts.

3. This lawsuit relates to a February 24, 2006 motor vehicle incident. Plaintiff GERALD KOSEN (hereinafter referred to as KOSEN) was the driver of one of the motor vehicles involved in the incident.

4. Plaintiff KOSEN has alleged that he is a resident of the State of California.

5. Defendant KATHLEEN RUFFING (hereinafter referred to as RUFFING) is a resident of the State of Pennsylvania. Defendant RUFFING was the driver of the other motor vehicle involved in the subject incident.

6. Plaintiff KOSEN alleges that he had injuries and damages as a result of the subject incident.

7. On or about February 21, 2008, Plaintiff KOSEN and his wife, Plaintiff BRENDA KOSEN filed a lawsuit in San Diego Superior Court Case No. 37-2008-0078491-CU-PA-CTL.

8. On February 8, 2008, Plaintiffs filed a form Complaint in San Diego Superior Court, and additional defendants were named including ROSE PROCTOR, MARK NOEL, NATIONWIDE INSURANCE, WILLIAM G. JURGENSON and ALLIED INSURANCE COMPANY.

9. On April 3, 2008, the lawsuit was assigned to me and on April 4, 2008, my secretary, Sandra Cox, acknowledged the assignment of the defense of the lawsuit to our claims customer Cozette Frailey of Allied Insurance Company.

10. My first involvement with the lawsuit occurred approximately three days earlier on April 1, 2008, when I learned of the impending lawsuit assignment and called claim professional Cozette Frailey to ask for a copy of the Summons and form Complaint. There was no prior contact by defense attorney R. Wesley Beavers with the plaintiffs' attorney Douglas J. Crawford before that date because there was no file or assignment.

11. On or about April 11, 2008, I prepared and filed, in San Diego Superior Court, an Answer to the form Complaint and a Motion to Strike Punitive Damages alleged in that form Complaint. There was no prior agreement to accept service and the Answer and Motion to Strike were prepared and filed on April 14, 2008.

12. On April 17, 2008, I received a phone call from plaintiffs' attorney requesting that I agree to accept service of the First Amended Complaint of Plaintiffs. I informed plaintiff's attorney at that time that I could not agree to accept service without first discussing this issue with my client. Plaintiffs' attorney Douglas J. Crawford confirmed this discussion in an April 17, 2008 letter attached hereto as Defendant's Exhibit "A".

13. On May 2, 2008, an Answer for Defendant RUFFING was filed with San Diego Superior Court with a Notice of Taking the Motion to Strike Punitive Damages Off Calendar.

14. On or about April 30, 2008, Defendants ROSE PROCTOR, MARK NOEL, NATIONWIDE INSURANCE and ALLIED INSURANCE COMPANY filed a Notice of Removal of Action under 28 U.S.C. §§ 1332 and 1441(b). On that same date, Defendant RUFFING joined in this request for removal. This removal was less than 30 days from Defendant RUFFING’s first general appearance in San Diego Superior Court.

15. On or about May 5, 2008, plaintiffs’ attorney Douglas J. Crawford filed in the above-entitled U.S. District Court a Notice of Non-Compliance with Mandatory Electronic Filing; Application for Temporary Waiver. Defendant RUFFING requests the Federal Court to take Judicial Notice of this filing. On page three of this pleading, Plaintiffs admit in pertinent part, “Diversity jurisdiction lies to Def. Ruffing because she is a resident of Pennsylvania and the amount in controversy exceeds $75,000. Therefore, Crawford could have prosecuted this case in this Court, but chose not to because Crawford recognizes the tremendous work load placed on this Court’s jurists by drug smuggling and immigration cases.”

16. On June 6, 2008, I and plaintiffs’ attorney Douglas J. Crawford discussed the monetary value of the subject lawsuit. I

offered to transfer the lawsuit to state court if Plaintiffs would stipulate that the amount in controversy is less than $75,000 and there would be an agreement not to execute for any amount awarded in state court for over $75,000. Plaintiffs' attorney Douglas J. Crawford stated that the amount in controversy for this lawsuit is in excess of $75,000.

17. There was no mid-March agreement to accept service. Permission would have to be sought from my client RUFFING, and this could not have occurred before April 7, 2008.

18. Plaintiffs' counsel has cited U.S.C. § 1447(c) for the position that he is entitled to attorney's fees and cost for the Motion to Remand. Defendant RUFFING makes the same claim.

19. Plaintiffs' attorney has filed a Motion to Remand to state court without a good faith reason. He is either intentionally misrepresenting dates to the Federal Court, or he is sloppy in his recollection.

20. I have been required to expend eight hours in the preparation of this Opposition, Memorandum of Points and Authorities and Declaration of R. Wesley Beavers. It is anticipated that seven hours round trip travel time will be necessary between my law office in Newport Beach, California and court. My office charges $130.00 per hour for attorney time and a request for reimbursement is made for the sum of $1,950.

///

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 9, 2008 in Newport Beach, CA.

LAW OFFICES OF GOATES & BEAVERS

By: s/R. Wesley Beavers
R. WESLEY BEAVERS
Attorneys for Defendant,
KATHLEEN RUFFING
E-mail: beaverr@nationwide.com