Law Office of Douglas J. Crawford
4368 Niagara Avenue
San Diego, California 92107-2926
(619) 876-9177

Cannon & Nelms
1800 East 17th Street, Suite 101
Santa Ana, California 92705

April 17, 2008

Re: Memorialize Phone Conversation re: Accepting Service of Documents in San Diego Superior Court Case No. 37-2008-78491-CU-PA-CTL

Dear Mr. Cannon,

This correspondence is drafted to memorialize out conversation today, April 17, 2008. I asked you if you would accept service for the First Amended Complaint, Summons and associated documents on behalf of your clients. You stated that you did not know whether or not you had authority to accept the aforementioned documents on behalf of your clients. You stated that your would have to check with your clients before responding.

You suggested that I have a process server serve the documents on your clients. I responded that Notice and Acknowledgment of Receipt would be less expensive and accomplish the same task. More importantly, as a result of your April 2, 2008 letter, wherein you state, in relevant part: "However, to the extent that you wish to communicate with or continue to threaten any of my clients you will need to do so through this office. See, Rules of Professional Conduct 2-100. ...", sending your clients a Notice and Acknowledgment of Receipt could be construed as violating Rule 2-100. As a matter of legal fact, even having an agent serve documents on behalf of my office could be, and has been, construed to violate Rule 2-100.

Therefore, your April 2, 2008 correspondence creates an untenable situation that leaves me very few options other than filing a separate declaratory relief action in Superior Court against you and your firm for the appropriate method of serving your clients. Of course, there is one other option available under Rule 2-100.

If any of the foregoing incorrectly memorializes our conversation, please send a corrective correspondence. If you have any questions of concerns, please contact me.

Very truly yours,

Douglas J. Crawford,
Attorney for Brenda and Jerry Kosen

cc: R. Wesley Beavers

**EXHIBIT A**