**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for LAW OFFICES OF GOATES & BEAVERS, whose business address is 1201 Dove Street, Suite 300, Newport Beach, California 92660-2829.

On June 9, 2008, I served the foregoing document(s): MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND REQUEST FOR COSTS on the following party(ies) in this action addressed as follows:

DOUGLAS J CRAWFORD ESQ
4368 NIAGARA AVE
SAN DIEGO CA 92107-2926

[X] (*BY MAIL*) I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Newport Beach, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ] (*BY PERSONAL SERVICE*) I delivered each such document by hand to each addressee above.

[ ] (*BY OVERNIGHT DELIVERY*) I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by **United Parcel Service®(UPS).** I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to a courier or driver authorized by UPS to receive documents on the same date it is placed for collection.

[ ] (*BY FACSIMILE*) By use of facsimile machine number (949) 250-5550, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

Executed on June 9, 2008, at Newport Beach, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Kristy Cook
KRISTY COOK