R. WESLEY BEAVERS, ESQ. Bar No. 92502
LAW OFFICES OF GOATES & BEAVERS
1201 DOVE STREET, STE 300
NEWPORT BEACH, CALIFORNIA 92660-2829
(949) 553-1359
FAX (949) 250-5555

Attorney for Defendant,
KATHLEEN RUFFING

____Original
____Copy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KOSEN, BRENDA KOSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHLEEN RUFFING; ROSE PROCTOR; NATIONWIDE INSURANCE; WILLIAM G. JURGENSON, ALLIED INSURANCE and DOES 1 TO 75,<br><br>Defendants. | Case No.: 08cv0793-LAB (WMc)<br><br>**NOTICE OF APPEARANCE OF ATTORNEY FOR DEFENDANT KATHLEEN RUFFING**<br><br>**[Dkt No. 2]** |

PLEASE TAKE NOTICE that I, R. Wesley Beavers, am the counsel of record for Defendant KATHLEEN RUFFING in the above-entitled cause of action.

DATED: June 9, 2008

LAW OFFICES OF GOATES & BEAVERS

By: s/R. Wesley Beavers
R. WESLEY BEAVERS
Attorneys for Defendant,
KATHLEEN RUFFING
E-mail: beaverr@nationwide.com