# CERTIFICATE OF SERVICE - CASE NO. 08-CV-793

I, Douglas J. Crawford, declare:

1. On June 19, 2008, I was employed in the County of San Diego. I reside in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is in the County of San Diego..
2. On June 19, 2008, I served the following document(s) electronically via Court's registered users:

(1) PLAINTIFF'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND AND REQUEST FOR COSTS
(2) DECLARATION OF DOUGLAS J. CRAWFORD IN SUPPORT OF MOTION TO REMAND AND REQUEST FOR COSTS

on :

email - beaverr@nationwide.com
Koester & Beavers
1201 Dove Street, Suite 300
Newport Beach, CA 92660
(Counsel for Def. Kathleen Ruffing)

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

___06/19/08____ ___s/Douglas J. Crawford____________________

Attorney for Gerald & Brenda Kosen
E-mail: dcrawfordlaw@cox.net