**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case: Kosen v. Ruffing | Case No: 08cv0793-LAB (WMc)

HON. Larry A. Burns | CT. DEPUTY ______ | Rptr. ______

Present

Plaintiff(s): No appearance.

Defendant(s): No appearance.

Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented by plaintiffs' Motion For Remand appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for Monday, June 30, 2008 is ***off-calendar***, and the matter is under submission.

DATED: June 23, 2008 | INITIALS: RLW Law Clerk